UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SMOTHERED COVERED, L.L.C.            CIVIL ACTION

VERSUS                                NO. 22-5132

WH CAPITAL, L.L.C., *et al.*          SECTION M (5)

## ORDER & REASONS

Before the Court is a motion *in limine* to exclude new expert opinions filed by plaintiff Smothered Covered, L.L.C. ("Smothered"), in which it seeks to exclude "new" rebuttal opinions that may be offered at trial by defendants' expert Wesley Moore.[1] Smothered argues that Moore should be prohibited from offering at trial any rebuttal opinions that were not specifically covered in his report and deposition and that he may have formulated after reviewing the depositions of Smothered's experts.[2] In opposition, defendants WH Capital, LLC and Waffle House, Inc. (together, "Defendants") argue that Smothered's motion is premature and speculative as it seeks to prohibit testimony that may or may not be elicited.[3] Defendants also argue that Moore's testimony will remain within the bounds of his report, but that he is permitted to expand upon his opinions when testifying.[4] Considering the parties' memoranda, the record, and the applicable law,

IT IS ORDERED that Smothered's motion *in limine* to exclude new expert opinions offered by Moore (R. Doc. 154) is DENIED WITHOUT PREJUDICE to renewal at trial through contemporaneous objections to Moore's testimony.

---

[1] R. Doc. 154.
[2] R. Doc. 154-1.
[3] R. Doc. 162.
[4] *Id.*

New Orleans, Louisiana, this 2nd day of December, 2024.

                                           _____
                                           BARRY W. ASHE
                                           UNITED STATES DISTRICT JUDGE