UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SMOTHERED COVERED, L.L.C.                                  CIVIL ACTION

VERSUS                                                      NO. 22-5132

WH CAPITAL, L.L.C., *et al.*                                SECTION M (5)

## ORDER & REASONS

Before the Court is a motion *in limine* to exclude certain photographs filed by plaintiff Smothered Covered, L.L.C. ("Smothered"), in which it seeks to exclude photographs of a Waffle House restaurant that is not the subject of this litigation that were taken by Jason Thorne after his deposition.[1] Smothered argues that the photographs were untimely produced and their admission into evidence would be more prejudicial than probative.[2] In opposition, defendants WH Capital, LLC and Waffle House, Inc. (together, "Defendants") argue that the photographs were timely in that they were produced before the discovery deadline and are relevant because they show how the Waffle House that is the subject of this litigation would have looked before the equipment was removed.[3] Defendants further argue that the photographs visually depict what their witnesses will describe with words in their testimony and, thus, will aid the Court in understanding the testimony.[4] Considering the parties' memoranda, the record, and the applicable law,

IT IS ORDERED that Smothered's motion *in limine* to exclude certain photographs (R. Doc. 153) is GRANTED as a technical matter because they were not disclosed timely and are not proper supplemental disclosures as no prior photographs were produced of this particular Waffle

---

[1] R. Doc. 153.
[2] R. Doc. 153-1.
[3] R. Doc. 163.
[4] *Id.*

House restaurant. However, Defendants will be permitted to use the photographs as aids to Thorne's testimony if a proper foundation is laid, but they will not be admitted into evidence.

New Orleans, Louisiana, this 2nd day of December, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE