UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SMOTHERED COVERED, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 22-5132 |
| WH CAPITAL, L.L.C., *et al.* | SECTION M (5) |

### ORDER & REASONS

Before the Court is defendants' motion to supplement the record with the proffered deposition transcript of Kirk Bodenheimer.[1] The motion is set for submission on July 10, 2025.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance July 2, 2025. Plaintiff, who is represented by counsel, did not file an opposition to the motion. Accordingly, because the motion is unopposed and appears to have merit,[3]

IT IS ORDERED that defendants' motion to supplement the record with the proffered deposition transcript of Kirk Bodenheimer (R. Doc. 214) is GRANTED.

New Orleans, Louisiana, this 7th day of July, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 214. The motion was originally filed on June 24, 2025.

[2] R. Doc. 214-1.

[3] During the last day of the bench trial of this matter, December 13, 2025, the Court indicated that it would permit defendants to supplement the record with such proffered deposition testimony because the testimony purports to address an exhibit that was not admitted at trial. On January 6, 2025, counsel for both parties participated in the proffered deposition of Bodenheimer. Because plaintiff did not oppose the present motion, the Court sees no reason to deny it at this time, even though a decision on the merits has already been rendered (on June 17, 2025). R. Doc. 211. After all, the proffered deposition deals with an exhibit not admitted at trial, so such testimony would not have been considered in conjunction with any decision on the merits in any event.